UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERTA ANN WARREN,

       Plaintiff,                              Case No. 1:18–cv–00341–RSK

v.                                       Hon. Ray Kent

ROSS MEDICAL EDUCATION CENTER,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Withdraw as Attorney (ECF No. 34) |
| Date/Time: | January 29, 2019   11:00 AM<br>*(previously set for 1/7/2019 at 11:00 AM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

*PLAINTIFF'S COUNSEL SULAIMAN LAW GROUP SHALL SERVE A COPY OF THIS NOTICE UPON PLAINTIFF WARREN FORTHWITH, AND FILE PROOF OF SERVICE OF SAME.*

                                                RAY KENT
                                               U.S. Magistrate Judge

Dated:  January 4, 2019        By:   /s/ Faith Hunter Webb_____
                                                       Judicial Assistant